## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Grand Jury Holding a Criminal Term**
**Grand Jury Sworn in October 30, 2025**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**VINCENT LARRY PHILLIPS, and**<br>**VINCENT MICHAEL PHILLIPS,**<br><br>Defendants. | **CRIMINAL NO.**<br>**Grand Jury Original**<br><br>**VIOLATIONS:**<br>Count 1: 18 U.S.C. § 371<br>(Conspiracy)<br><br>Counts 2-16: 26 U.S.C. § 7206(2)<br>(Aiding in the Preparation of False Returns)<br><br>Counts 17-20: 18 U.S.C. § 1001<br>(False Statements)<br><br>Counts 21-24: 18 U.S.C. § 1028A<br>(Aggravated Identity Theft) |

## INDICTMENT

The Grand Jury for the District of Columbia charges:

### GENERAL ALLEGATIONS

At various times relevant to this Indictment:

1. VINCENT LARRY PHILLIPS ("PHILLIPS") was a resident of the District of Columbia. Since approximately 1995 he has owned and operated Tax Express LLC ("Tax Express"), a tax return preparation business primarily located at 1313 Pennsylvania Avenue Southeast in the District of Columbia.

2. VINCENT MICHAEL PHILLIPS ("PHILLIPS JR.") was variously a resident of the District of Columbia and Virginia. Beginning in approximately 2011, PHILLIPS JR. worked occasionally for Tax Express.

3. PHILLIPS sometimes operated Tax Express under alternate names, including Nubian Tax Service, Nubian Tax Express, Nubian Tax Express 1, Express Tax, and Express Tax 1.

4. The Internal Revenue Service ("IRS") was an agency of the U.S. Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

5. A Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was used by U.S. taxpayers to file an annual income tax return.

6. A Schedule C (Form 1040), Profit or Loss from Business (Sole Proprietorship) ("Schedule C"), was used to report income or loss from a business operated or a profession practiced as a sole proprietor. Taxpayers attach the Schedule C to their Form 1040 or other individual tax return.

7. An IRS Form 5695, Residential Energy Credits ("Form 5695"), was an IRS form that was used by a taxpayer to calculate and claim residential energy credits ("RECs"). Taxpayers who made certain energy-saving improvements to their home are permitted take these credits. Eligible expenses included qualified solar electric property costs, solar water heating property costs, small wind energy property costs, and geothermal heat pump property costs incurred by the taxpayer during the tax year. Taxpayers attach the Form 5695 to their Form 1040 or other individual tax return.

8. A taxpayer's filing status was used to determine a taxpayer's filing requirements, amount of standard deduction, eligibility for certain credits, and correct tax. Taxpayers indicated their filing status on their Form 1040 in some of the following ways:

   a. "Single" filing status normally applied to taxpayers who were unmarried, divorced, or legally separated and who could not claim any child or relative as a "dependent." This status had the lowest standard deduction of any filing status and did not allow a taxpayer to claim credits related to childcare or dependent expenses.

   b. "Head of Household" filing status applied to unmarried taxpayers who could claim a qualifying child or other qualifying relative as a dependent. This status had a higher standard deduction than the "single" filing status and enabled a taxpayer to claim certain credits related to childcare and dependent expenses. Filing a tax return using Head of Household status required the taxpayer to list the name and Social Security number of each qualifying dependent on the return.

9. A "means of identification" was any name or number that could be used, alone or in conjunction with any other information, to identify a specific individual. A name, Social Security number, or date of birth, among many other identifiers, each constituted a means of identification.

10. An Electronic Filing Identification Number ("EFIN") was assigned by the IRS to a business or organization authorized to participate in the IRS's e-file program. The e-file program allowed tax preparers who successfully applied, met the eligibility criteria, and passed a suitability check to electronically file tax returns and related forms and schedules with the IRS on behalf of clients. Authorized e-file providers were required to include their EFIN with the electronic return

data of all returns they transmitted to the IRS. Without a valid EFIN, the IRS's systems does not accept an electronically filed return.

11. A Preparer Tax Identification Number ("PTIN") was assigned by the IRS to individuals who prepared tax returns for compensation. Individuals who prepare or assist in preparing federal tax returns for compensation are required to have a valid PTIN.

### PHILLIPS' Identity Theft Scheme to Electronically File Returns

12. Through his tax return preparation business, PHILLIPS prepared and caused to be prepared Forms 1040, which were filed on behalf of individual clients with the IRS.

13. In approximately 1995, 1999, 2000, and 2001, PHILLIPS used his own means of identification to apply for and obtain EFINs, as shown on the below table:

| Approx. Application Date | Entity Listed on Application | Business Address Listed on Application | EFIN Issued Ending |
|---|---|---|---|
| August 1995 | Nubian Tax Service | 427 Mellon St. SE, Ste. 1, Washington, DC 20032 | x3680 |
| February 1999 | N/A | 5245 8th St. SE, Ste. A, Washington, DC 20003 | x5197 |
| March 2000 | Nubian Tax Service | 427 Mellon St. SE, Ste. 200, Washington, DC 20032 | x5822 |
| December 2001 | Nubian Tax Express I | 1313 Pennsylvania Ave. SE, Ste. 4, Washington, DC 20003 | x6792 |

14. From approximately 1995 through approximately 2011, PHILLIPS used these EFINs to electronically file tax returns for clients of Tax Express.

15. In or about December 2004, PHILLIPS submitted and caused to be submitted an application to the IRS for an EFIN for "Express Tax," which reported a business address of 1313 Pennsylvania Street Southeast, Washington, DC 20003. In the application, PHILLIPS used and caused to be used multiple means of identification for Individual-1, a female associate of PHILLIPS, without her authorization. Unbeknownst to Individual-1, and without her authorization, PHILLIPS listed her as the sole proprietor of Express Tax—when in fact it was

PHILLIPS, not Individual-1, who operated the tax business. Based on PHILLIPS' application, the IRS issued EFIN x0099 to Express Tax as a sole proprietorship of Individual-1.

16. In addition to EFINs x3680, x5197, x5822, and x6792, PHILLIPS also used and caused to be used EFIN x0099 in order to file many hundreds of tax returns through Tax Express between December 2004 and approximately November 2011.

17. On September 28, 2010, in criminal case number 10-CR-249 in the District Court for the District of Columbia, PHILLIPS pleaded guilty to one count of conspiracy to defraud the United States, in violation of Title 18, United States Code, Section 371, and one count of aiding in the preparation of filing false tax returns, in violation of Title 26, United States Code, Section 7206(2), and admitted to having filed false individual income tax returns for Nubian Tax Express clients. The false returns resulted in fraudulently inflated tax refunds as well as fraudulently issued refunds for clients who should have owed taxes.

18. In November 2011, the IRS revoked PHILLIPS' authorization to participate in the e-file program and deactivated EFINs x3680, x5159, x5197, x5822, and x6792. The IRS notified PHILLIPS by letter that he and his business had been expelled, and these four EFINs revoked, as a consequence of filing fraudulent tax returns using the EFINS and pleading guilty to the tax crimes described in Paragraph 17. The IRS letter also directed PHILLIPS to IRS Publication 3112, "IRS e-file Application and Participation," which explained that fraud or criminal conduct would result in expulsion from the e-file program without an opportunity to reapply.

19. Because EFIN x0099 was associated with Individual-1's means of identification, not PHILLIPS', the IRS did not deactivate EFIN x0099 after PHILLIPS' conviction and sentence for his tax crimes.

20. PHILLIPS continued to file tax returns for clients of Tax Express using EFIN x0099 after the 2011 conviction. For example, in 2012, PHILLIPS used and caused to be used EFIN x0099 to electronically file approximately 580 Forms 1040 for clients of his tax preparation business.

21. PHILLIPS continued to use and cause to be used EFIN x0099 to file tax returns for clients of Tax Express through approximately August 2022, when the IRS revoked EFIN x0099 and expelled Individual-1 and Express Tax from participation in the e-file program and thereby stopped PHILLIPS and his business from using EFIN x0099 to electronically file clients' returns.

### PHILLIPS and PHILLIPS JR.'s False Return Preparation Scheme

22. Starting on a date unknown, but by at least 2018, PHILLIPS caused Tax Express to use tax preparation software in conjunction with a financial product that allowed clients to get a Refund Anticipation Loan ("RAL"). The RAL allowed PHILLIPS to deduct a tax preparation fee from an anticipated refund instead of asking the Tax Express clients to pay the fee up front. The RAL caused any refund—minus processing fees and Tax Express's tax preparation fee—to be wired to a designated bank account. PHILLIPS used the software to set the tax preparation fee and could increase the fee for particular forms and schedules attached to a Form 1040. In other words, the RAL allowed PHILLIPS to take a tax preparation fee as a cut of any refund issued to a Tax Express client. PHILLIPS, PHILLIPS JR., and Tax Express often charged clients hundreds of dollars for preparing a single Form 1040.

23. PHILLIPS employed PHILLIPS JR. and several other individuals known to the grand jury in the Tax Express office. PHILLIPS' office was upstairs and his employees typically worked on the main floor. PHILLIPS prepared some clients' returns start to finish. But for other

clients, other individuals working at Tax Express input the client's information into the tax preparation program then often took the returns upstairs for PHILLIPS to "finalize."

24. PHILLIPS, PHILLIPS JR., and others prepared and caused to be prepared false and fraudulent Forms 1040 and related Schedules and Forms for Tax Express clients for tax years 2017 to 2023. These returns were false and fraudulent in various ways that either improperly inflated the client's claimed refund or resulted in the client claiming a refund when they should have owed additional tax, including:

   a. PHILLIPS and PHILLIPS JR. included and caused to be included false Forms 5695 for clients, which reported costs the clients did not incur to purchase qualified clean energy property, such as geothermal heat pumps, in order to reduce the client's taxable income.

   b. PHILLIPS and PHILLIPS JR. attached and caused to be attached Schedules C that falsely reported business receipts the clients did not receive and business expenses the clients did not have, in order to falsely claim a loss that offset the client's taxable income.

   c. PHILLIPS and PHILLIPS JR. falsely claimed and caused to be falsely claimed dependents, by listing the name and Social Security Number of individuals who did not live with the client, did not depend on the client, and were not otherwise known to the client. PHILLIPS and PHILLIPS JR. included the means of identification of the dependents without the authorization of the dependents or their parents or legal guardians. Falsely claiming a dependent also allowed single clients to falsely claim "Head of Household" status, which allowed the client to take a higher standard deduction and reduced the client's taxable income. In some cases, PHILLIPS and

PHILLIPS JR. claimed false child tax credits, childcare expenses, and education credits, which also reduced the client's taxable income.

PHILLIPS and PHILLIPS JR.'s Preparation of False Tax Returns for Undercover Agents

25. In March 2022, IRS Special Agents conducted an undercover operation at Tax Express in Washington, D.C., during which two undercover agents (UC-1 and UC-2) requested tax return preparation at Tax Express on or about the same date and time. PHILLIPS and PHILLIPS JR., who did not interact or consult with each other or any other Tax Express employees during the preparation of the undercover agents' tax returns, simultaneously prepared false returns for UC-1 and UC-2, respectively:

   a. PHILLIPS prepared a false and fraudulent Form 1040 for UC-1, which was false in that it claimed expenses for "geothermal heat pump" costs on a Form 5695, when UC-1 had not reported any such expenses to PHILLIPS. PHILLIPS included these expenses without discussing them with UC-1. PHILLIPS provided UC-1 a copy of his return that had only the first few pages of the return, and did not include the Form 5695 PHILLIPS had prepared. Based on the information presented by UC-1, a correctly prepared return would have showed that UC-1 owed a small tax. But because the addition of the false Form 5695, the return PHILLIPS prepared for UC-1 fraudulently claimed a refund.

   b. PHILLIPS JR. prepared a false and fraudulent Form 1040 for UC-2, which also falsely claimed expenses for "geothermal heat pump" costs on a Form 5695, when UC-2 had not reported any such expenses to PHILLIPS JR. PHILLIPS JR. included these expenses without discussing them with UC-2. PHILLIPS JR. provided UC-2 a copy of his return that had only the first few pages of the return, and did not

include the Form 5695 that PHILLIPS JR had prepared. Based on the information presented by UC-2, a correctly prepared return would have showed that he was due a small refund. But because the addition of the false Form 5695, the return PHILLIPS JR. prepared for UC-2 fraudulently claimed a larger refund.

26. PHILLIPS and PHILLIPS JR. submitted and caused to be submitted false returns Forms 1040 for UC-1 and UC-2 on or about the same day on which UC-1 and UC-2 had met with PHILLIPS and PHILLIPS JR., respectively.

## COUNT ONE
### (Conspiracy—18 U.S.C. 371)

27. Paragraphs 1 through 26 are realleged and incorporated fully herein by reference.

### The Conspiracy

28. From at least in or about January 1, 2018, through in or about July 26, 2022, in the District of Columbia and elsewhere, defendants,

**VINCENT LARRY PHILLIPS,
and VINCENT MICHAEL PHILLIPS,**

did unlawfully, voluntarily, intentionally, and knowingly combine, conspire, confederate, and agree with each other and other individuals both known and unknown to the Grand Jury, to defraud the United States of America by impeding, impairing, defeating, and obstructing the lawful government functions of the Internal Revenue Service of the Department of the Treasury, in the ascertainment, evaluation, assessment, and collection of income taxes.

### Manner and Means of the Conspiracy

29. PHILLIPS and PHILLIPS JR., along with their co-conspirators, sought to accomplish the object of the conspiracy through the following manner and means, among others:

a. Using and causing to be used EFIN x0099 to electronically file tax returns for clients of Tax Express, which disguised the fact that the returns were prepared and filed by a business operated by PHILLIPS, who had been previously expelled from the IRS's e-file program as a consequence of his criminal conviction;

b. Preparing and causing to be prepared tax returns using PTINs issued to individuals other than the actual preparer of each tax return;

c. Preparing and causing to be prepared false tax returns for clients of Tax Express, in order to get refunds for clients who otherwise would have owed a tax, or larger refunds than clients were entitled to, which were false by claiming expenses for residential clean energy costs that the clients had not actually incurred and including Schedules C claiming business expenses and reporting business losses that the clients and their businesses had not actually incurred;

d. Showing and providing clients versions of their Forms 1040 that often included only the first few pages of the Forms 1040, did not match the Forms 1040 that Tax Express actually filed for the client, and did not include all the false items, schedules, and forms on the filed return;

e. Using and causing to be used the means of identification of individuals who were falsely claimed as qualifying dependents on tax returns for clients of Tax Express who had no connection to the individuals, so that the returns filed on the clients' behalf falsely reported entitlement to Head of Household filing status;

f. Using and causing to be used tax preparation and financial products that allowed Tax Express to take a portion of an anticipated refund as a tax preparation fee;

    g. Causing clients to pay Tax Express hundreds of dollars in annual tax preparation fees, including additional charges for forms that had been fraudulently added by the tax preparer without the knowledge of the client; and

    h. Creating, causing to be created, and circulating advertising materials for Tax Express, which promised that Tax Express clients would get federal income tax refunds.

## OVERT ACTS

30. In furtherance of the conspiracy, and to effect the objects thereof, defendants VINCENT LARRY PHILLIPS and VINCENT MICHAEL PHILLIPS, and their co-conspirators, committed and caused to be committed the following overt acts in the District of Columbia and elsewhere:

    a. From in or around January 1, 2018, and continuing through in or about July 26, 2022, PHILLIPS filed and caused to be filed false tax returns using EFIN x0099, which he had obtained and caused to be obtained by using Individual-1's means of identification, in order to conceal the fact that he and his business were preparing and electronically filing tax returns even though the IRS had expelled him from the e-file program and revoked his business's EFINs;

    b. From in or around January 1, 2018, and continuing through in or about July 26, 2022, PHILLIPS and PHILLIPS JR. provided and caused to be provided to clients versions of their Forms 1040 that included only the first few pages of the Form 1040 and did not include the related false items, schedules, and forms that were filed with the Form 1040;

c. From in or around January 1, 2018, and continuing through in or about July 26, 2022, PHILLIPS and PHILLIPS JR. charged clients and caused clients to be charged hundreds of dollars in annual tax preparation fees;

d. On or about the dates listed below, PHILLIPS caused to be prepared and electronically filed the false and fraudulent Forms 1040 listed in the table directly below; and

| Client | Approx. Filing Date | Tax Year |
|---|---|---|
| Client-1 | 2/8/2018 | 2017 |
| Client-4 | 4/4/2018 | 2017 |
| Client-5 | 4/9/2018 | 2017 |
| Client-1 | 2/9/2019 | 2018 |
| Client-4 | 3/9/2019 | 2018 |
| Client-6 | 3/12/2019 | 2018 |
| Client-1 | 2/4/2020 | 2019 |
| Client-5 | 3/1/2020 | 2019 |
| Client-6 | 3/4/2020 | 2019 |
| Client-7 | 3/7/2020 | 2019 |
| Client-4 | 5/16/2020 | 2019 |
| Client-1 | 2/16/2021 | 2020 |
| Client-5 | 3/13/2021 | 2020 |
| Client-7 | 3/20/2021 | 2020 |
| Client-6 | 3/22/2021 | 2020 |
| Client-4 | 4/10/2021 | 2020 |
| Client-6 | 3/4/2022 | 2021 |
| UC-1 | 3/17/2022 | 2021 |
| Client-5 | 7/26/2022 | 2021 |

e. On or about the dates listed below, PHILLIPS JR. caused to be prepared and electronically filed the false and fraudulent Forms 1040 listed in the table directly below.

| Client | Approx. Filing Date | Tax Year |
|---|---|---|
| Client-2 | 3/20/2018 | 2017 |

| Client | | |
|---|---|---|
| Client-3 | 3/19/2018 | 2017 |
| Client-3 | 3/13/2019 | 2018 |
| Client-2 | 4/25/2019 | 2018 |
| Client-3 | 6/10/2020 | 2019 |
| Client-8 | 2/15/2021 | 2020 |
| Client-2 | 3/9/2021 | 2020 |
| Client-3 | 3/12/2021 | 2020 |
| Client-3 | 2/1/2022 | 2021 |
| Client-8 | 2/5/2022 | 2021 |
| Client-2 | 2/18/2022 | 2021 |
| UC-2 | 3/17/2022 | 2021 |

(In violation of Title 18, United States Code, Section 371)

## COUNTS 2 THROUGH 9

### (Aiding and Assisting in the Preparation of False Tax Returns—26 U.S.C. § 7206(2))

31.  Paragraphs 1 through 26 are realleged and incorporated fully herein by reference.

32.  On or about the dates set forth below, in the District of Columbia and elsewhere, PHILLIPS, together with others, did willfully aid and assist in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of U.S. Individual Income Tax Returns, Forms 1040, and attached schedules and forms, for the taxpayers and calendar years set forth below, which were false and fraudulent as to a material matter. The tax returns falsely reported that the clients had incurred the claimed expenses, that they had the listed dependents, that they were entitled to claim the deductions and credits set forth below under the provisions of the internal revenue laws, that they had taxable income in the listed amount, and that they were entitled to the claimed refund amount, whereas, PHILLIPS knew said clients had not incurred the expenses, did not have the dependents, were not entitled to claim the deductions and credits in those amounts, had additional taxable income, and were not entitled to the claimed refund amounts.

| Count | Client | Tax Year | Approx. Filing Date | False Items (approx. dollar amount) |
|---|---|---|---|---|

| 2 | UC-1 | 2021 | 3/17/2022 | a. Form 5695, Line 4, Qualified geothermal heat pump property costs: $3,291<br><br>b. Form 1040, Line 24, Total Tax: $4,221 |
|---|---|---|---|---|
| 3 | Client-1 | 2019 | 2/4/2020 | a. Form 5695 Line 4 Qualified geothermal heat pump property costs: $2,966<br><br>b. Form 1040 Dependents: Dependent-1<br><br>c. Form 1040 Filing Status: Head of Household<br><br>d. Form 1040 Line 9 Standard Deduction: $18,350<br><br>e. Form 1040 Line 16 Total tax: $2,218 |
| 4 | Client-1 | 2020 | 2/16/2021 | a. Form 5695 Line 4 Qualified geothermal heat pump property costs: $3,927<br><br>b. Schedule C, Line 27a Other expenses: $6,404<br><br>c. Schedule C, Line 31 Net loss: -$7,170<br><br>d. Form 1040 Dependents: Dependent-2<br><br>e. Form 1040 Filing Status: Head of Household<br><br>f. Form 1040 Line 12 Standard Deduction: $18,650<br><br>g. Form 1040 Line 24 Total Tax: $6,913 |
| 5 | Client-7 | 2019 | 3/8/2020 | a. Form 5695 Line 4 Qualified geothermal heat pump property costs: $3,237<br><br>b. Form 1040 Line 16 Total tax: $6,834 |

| | | | | |
|---|---|---|---|---|
| 6 | Client-7 | 2020 | 3/20/2021 | a. Form 5695 Line 4 Qualified geothermal heat pump property costs: $3,905<br><br>b. Form 1040 Line 24 Total Tax: $4,544 |
| 7 | Client-6 | 2019 | 3/4/2020 | a. Form 5695 Line 4 Qualified geothermal heat pump property costs: $3,459<br><br>b. Form 1040 Line 16 Total tax: $23,672 |
| 8 | Client-6 | 2020 | 3/22/2021 | a. Form 5695 Line 4 Qualified geothermal heat pump property costs: $4,109<br><br>b. Form 1040 Line 24 Total Tax: $23,544 |
| 9 | Client-6 | 2021 | 3/4/2022 | a. Form 5695 Line 4 Qualified geothermal heat pump property costs: $3,847<br><br>b. Form 1040 Line 24 Total Tax: $26,494 |

**(In violation of Title 26, United States Code, Section 7206(2))**

### COUNTS 10 THROUGH 16
**(Aiding and Assisting in the Preparation of False Tax Returns—26 U.S.C. § 7206(2))**

33.     Paragraphs 1 through 26 are realleged and incorporated fully herein by reference. On or about the dates set forth below, in the District of Columbia and elsewhere, PHILLIPS JR., together with others, did willfully aid and assist in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of U.S. Individual Income Tax Returns, Forms 1040, and attached schedules and forms, for the taxpayers and calendar years set forth below, which were false and fraudulent as to a material matter. The tax returns falsely reported that the clients had incurred the claimed expenses, that they had the listed dependents,

that they were entitled to claim the deductions and credits set forth below under the provisions of the internal revenue laws, that they had taxable income in the listed amount, and that they were entitled to the claimed refund amount, whereas, PHILLIPS JR. knew said clients had not incurred the expenses, did not have the dependents, were not entitled to claim the deductions and credits in those amounts, had additional taxable income, and were not entitled to the claimed refund amounts.

| Count | Client | Tax Year | Approx. Filing Date | False Items (approx. dollar amount) |
|---|---|---|---|---|
| 10 | UC-2 | 2021 | 3/17/2022 | a. Form 5695 Line 4 Qualified geothermal heat pump property costs: $4530<br><br>b. Form 1040 Line 24 Total Tax: $3,382 |
| 11 | Client-3 | 2020 | 3/12/2021 | a. Form 5695 Line 4 Qualified geothermal heat pump property costs: $3,129<br><br>b. Form 1040 Dependents: Dependent-3<br><br>c. Form 1040 Filing Status: Head of Household<br><br>d. Form 1040 Line 12 Standard Deduction: $18,650<br><br>e. Form 1040 Line 24 Total Tax: $641 |
| 12 | Client-3 | 2021 | 2/1/2022 | a. Form 5695 Line 5 Qualified biomass fuel property costs: $1,348<br><br>b. Form 1040 Filing Status: Head of Household<br><br>c. Form 1040 Line 12a Standard Deduction: $18,800<br><br>e. Form 1040 Line 24 Total Tax: $3,063 |

| 13 | Client-2 | 2020 | 3/9/2021 | a. Form 5695 Line 4 Qualified geothermal heat pump property costs: $3,681<br><br>b. Form 1040 Line 24 Total Tax: $1,319 |
| 14 | Client-2 | 2021 | 2/18/2022 | a. Form 5695 Line 5 Qualified biomass fuel property costs: $3,601<br><br>b. Form 1040 Dependents: Dependent-2<br><br>c. Form 1040 Filing Status: Head of Household<br><br>d. Form 1040 Line 12a Standard deduction: $18,800<br><br>e. Form 1040 Line 24 Total Tax: $473 |
| 15 | Client-8 | 2020 | 2/15/2021 | a. Form 5695 Line 4 Qualified geothermal heat pump property costs: $2,960<br><br>b. Form 1040 Line 24 Total Tax: $4,371 |
| 16 | Client-8 | 2021 | 2/5/2022 | a. Form 5695 Line 5 Qualified geothermal heat pump property costs: $3,726<br><br>b. Form 1040 Line 24 Total Tax: $3,111 |

(In violation of Title 26, United States Code, Section 7206(2))

## COUNTS 17 THROUGH 20
(False Statements and Concealment by Scheme—18 U.S.C. § 1001)

34. Paragraphs 1 through 26 are realleged and incorporated fully herein by reference.

35. On or about the dates set forth below, within the District of Columbia and elsewhere, defendant PHILLIPS, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully falsified, concealed, and covered up, and caused to be falsified, concealed, and covered up a material fact by a trick, scheme, and device,

by making the false representation that certain returns were filed by a sole proprietorship called Express Tax, operated by Individual-1, which was authorized to electronically file tax returns and related forms and schedules with the IRS on behalf of clients and authorized to submit electronic returns on behalf of clients, when in fact, the returns were filed by PHILLIPS' business Tax Express. PHILLIPS did so by electronically submitting and causing to be submitted the Forms 1040 listed in the table below to the Internal Revenue Service while using Electronic Filing Identification ("EFIN") ending x0099, which represented that:

    a. the Forms were prepared by or under the supervision of Individual-1 and filed with her authorization, when in fact they were prepared and filed without Individual-1's knowledge or authorization;

    b. the Forms were prepared and filed by Individual-1's sole-proprietorship business, "Express Tax," which was authorized to electronically file tax returns, when in fact the Forms were prepared and filed by PHILLIPS' business Tax Express, which had been expelled from the e-file program, had its EFINs revoked, and was prohibited from electronically filing tax returns; and

    c. the EFIN was validly issued to Individual-1, when in fact PHILLIPS fraudulently obtained the EFIN from the IRS in or about 2004 by using various other means of identification of Individual-1 without her knowledge or authorization.

| Count | Client | Tax Year | Approx. Filing Date |
|---|---|---|---|
| 17 | Client-6 | 2020 | 3/22/2021 |
| 18 | Client-6 | 2021 | 3/4/2022 |
| 19 | Client-3 | 2021 | 2/1/2022 |
| 20 | Client-2 | 2021 | 2/18/2022 |

**(In violation of Title 18, United States Code, Sections 1001 and 2)**

## COUNTS 21 THROUGH 24
(Aggravated Identity Theft—18 U.S.C. § 1028A)

36. Paragraphs 1 through 26 are realleged and incorporated fully herein by reference.

37. On or about the dates set forth below, in the District of Columbia and elsewhere, PHILLIPS, during and in relation to the felony violations of Title 18, United States Code, Section 1001, that is False Statements through Concealment by Scheme, in Counts 17 through 20 of the Indictment, did knowingly and intentionally transfer, possess and use, without lawful authority, a means of identification of another person, that is an Electronic Filing Identification Number ("EFIN") ending x0099, which was obtained using the means of identification of Individual-1, and uniquely identified the user as a specific person, knowing that the means of identification belonged to another actual person, as specified in each count below:

| Count | Approximate Date | During and In Relation to | Means of Identification |
|---|---|---|---|
| 21 | 3/22/2021 | 17 | EFIN x0099 of Individual-1 |
| 22 | 3/4/2022 | 18 | EFIN x0099 of Individual-1 |
| 23 | 2/1/2022 | 19 | EFIN x0099 of Individual-1 |
| 24 | 2/18/2022 | 20 | EFIN x0099 of Individual-1 |

**(In violation of Title 18, United States Code, Sections 1028A and 2)**

A TRUE BILL:

_____
FOREPERSON

By _____

JEANINE FERRIS PIRRO
ATTORNEY OF THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA