**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**

**VINCENT LARRY PHILLIPS, and**

**VINCENT MICHAEL PHILLIPS**

***Defendants.***

Case: 1:25-cr-00366
Assigned To: Judge Ali, Amir H.
Assign Date: 11/20/2025
Description: INDICTMENT (B)

**UNDER SEAL**

**ORDER**

Based on the representations in the Government's Motion for Limited Sealing of the Indictment and Other Pleadings, Warrants, Files and Records, and to Delay Entry on the Public Docket of this Motion to Seal and all Related Matters ("Government's Motion"), this Court makes the following:

**FINDINGS OF FACT**

Public disclosure of the existence of the Indictment and Arrest Warrants at this time may alert the defendants not yet arrested in this matter and other potential targets that they are under investigation. This may cause the defendants to flee or otherwise hamper law enforcement efforts to take them into custody, which presents a danger to law enforcement and nearby civilians. Premature disclosure prior to effectuating arrest may also lead the defendants to obstruct, destroy, or move evidence or intimidate witnesses relevant to the charged conduct.

Based on the representations in the Government's Motion, *Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the Indictment and accompanying Arrest Warrants and other documents as to the un-arrested defendants and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that this Order and the Government's Motion on the Public Docket of the Indictment Documents have been filed with the Criminal Clerk's office.

Based on the above, it is this 20th Day of November, 2025,

**ORDERED** that the Indictment, accompanying Arrest Warrants, the Government Motion and this Order (collectively, the "Indictment Documents") shall be filed under seal in the Criminal Clerk's office, but shall become unsealed automatically upon each defendant's arrest, whereupon the Government is directed to notify Chambers and the Clerk's Office of the arrest;

Further **ORDERED** that, until unsealed, the Criminal Clerk's office shall not make any entry on the public docket in this case of the Indictment Documents; and

It is further **ORDERED** that notwithstanding the other provisions of this ORDER, the Government shall be permitted to disclose the Indictment Documents in furtherance of its law enforcement needs and discovery obligations.

Date: November 20, 2025

U.S. DISTRICT & BANKRUPTCY COURTS
DISTRICT OF COLUMBIA

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA